EFFIE MAE MORRIS, Administratrix of JOSEPH ROBERT COLLIE, Deceased v. ANNIE HAZEL S. COLLIE, Widow, J.R. (Cullen) COLLIE, CHARLES COLLIE, CLAYTON COLLIE, EARL COLLIE, ANTHONY COLLIE, VAN BUREN COLLIE, and JOYCE COLLIE, a Minor, Heirs-at-Law of JOSEPH ROBERT COLLIE, Deceased.

(Filed 4 November, 1964.)

APPEAL by Effie Mae Morris from *Hobgood, J.,* in Chambers, FRANK-LIN Superior Court, May 30, 1964.

The plaintiff instituted this adversary proceeding on May 7, 1964, to have the court accept, audit and approve her attached settlement and final account as Administratrix of the Estate of Joseph Robert Collie. The account showed the plaintiff had advanced $77.00 and had paid out that amount for bond and court costs; and that the estate was due her that amount.

A notation in the account showed that as Administratrix of Joseph Robert Collie and Executrix of John C. Matthews, she had received a check for $11,075.55 from Pilot Life Insurance Co., which had been assigned by Mr. Collie to John C. Matthews as security for a debt due by Collie to Matthews. Further facts in connection with this transaction are disclosed in the opinion filed this day in a companion case entitled, *"In the Matter of Effie Mae Morris, Administratrix of the Estate of Joseph Robert Collie, Deceased."* From an order dismissing this proceeding signed by Judge Hobgood, the plaintiff appealed.

*Gaither M. Beam, Hobart Brantley for plaintiff appellant.*
*W. H. Taylor, E. C. Bulluck for respondent appellees.*

PER CURIAM. The order dismissing the appeal in this case was based on Judge Hobgood's order entered May 30, 1964, upon the ground that relief is wholly incorporated in and adjudicated by the order in the companion proceeding above referred to, and for that reason the action should be dismissed.

In view of the order in the companion case, we agree that provision is made for the adjudication of the entire controversy. The order is .
Affirmed.